IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BOE W. ADAMS,

       Petitioner,

   v.            CASE NO. 21-3226-SAC

JEFF BUTLER,

       Respondent.

### MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed under 28 U.S.C. § 2254. On September 20, 2021, the Court ordered Respondent to show cause why the writ should not be granted. Respondent requested and was granted multiple extensions of time to file the answer. On February 15, 2022, Respondent filed a motion to dismiss. (Doc. 13.)

**IT IS THEREFORE ORDERED** that Petitioner's response to Respondent's motion to dismiss is due on or before **March 16, 2022** and Respondent's reply must be filed and served within 14 days of service of the response.

**IT IS SO ORDERED.**

DATED: This 16th day of February, 2022, at Topeka, Kansas.

            S/ Sam A. Crow

            SAM A. CROW
            U.S. Senior District Judge